UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ARNOLD FISHON, LILLY PEREZ, and TANA PARKER on behalf of themselves and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>MARS PETCARE US, INC.,<br><br>*Defendants*. | Civil Action No. 3:19-cv-00816<br>Chief Judge Waverly D. Crenshaw, Jr<br>Magistrate Judge Alistair Newbern<br><br>JURY DEMAND |

## **DEFENDANT'S MOTION TO DISMISS AND TO STRIKE**

Plaintiffs' claims fail for numerous reasons. *First*, plaintiffs' claims should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a plausible claim for relief. *Second*, plaintiffs' claims sounding in fraud fail to satisfy the heightened pleading standard under Federal Rule of Civil Procedure 9(b). *Third*, plaintiffs fail to specify under which state laws they bring their breach of warranty (Counts II and III) and unjust enrichment (Count IV) claims. *Fourth*, plaintiffs fail to allege basic elements of breaches of the Magnuson-Moss Warranty Act ("MMWA") (Count I), express warranty (Count II), implied warranty of merchantability (Count III), and unjust enrichment (Count IV). *Fifth*, plaintiffs cannot seek class relief under the Virginia Consumer Protection Act ("VCPA"). *Sixth*, plaintiffs' nationwide class allegations should be stricken from the complaint under Federal Rules of Civil Procedure 12(f), 23(c)(1)(A) and 23(d)(1)(D) as they are facially defective.[1] *Finally*, plaintiffs' claims for injunctive relief should

---

[1] "Under Rules 23(c)(1)(A) and 23(d)(1)(D), as well as pursuant to Rule 12(f), this Court has authority to strike class allegations prior to discovery if the complaint demonstrates that a class

be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1), as Plaintiffs lack standing to seek such relief.

This Motion is supported by the following exhibits, which the Court may properly consider under this Motion and which are attached to a contemporaneously filed Declaration:

EXHIBIT 1    Product packaging (back display panel) for IAMS® Proactive Health Sensitive Skin & Stomach Grain-Free Recipe with Chicken & Peas.

EXHIBIT 2    Product packaging (side display panel) for IAMS® Proactive Health Sensitive Skin & Stomach Grain-Free Recipe with Chicken & Peas.

A Memorandum of Law in support of this Motion has also been filed.

Dated: November 18, 2019                Respectfully submitted,

/s/*Ryan T. Holt*
Ryan T. Holt (BPR # 30191)
SHERRARD ROE VOIGT & HARBISON, PLC
150 3rd Avenue South, Suite 1100
Nashville, TN 37201
Tel: (615) 742-4512
Fax: (615) 742-4539
rholt@srvhlaw.com

David A. Forkner (*Pro Hac Application Forthcoming*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
dforkner@wc.com

*Attorneys for Mars Petcare U.S., Inc.*

---

action cannot be maintained." *Hovsepian v. Apple, Inc.,* No. 08-5788 JF (PVT), 2009 WL 5069144, at *2 (N.D. Cal. Dec. 17, 2009).

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on November 18, 2019, I electronically filed a copy of the foregoing with the clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered with the Court's electronic filing system.

Lisa A. White, TN Bar # 026658
Gregory F. Coleman, TN Bar # 014092
Adam Edwards, TN Bar #023253
Justin G. Day, TN Bar #033267
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865-247-0080
Fax:865-522-0049
greg@gregcolemanlaw.com
lisa@gregcolemanlaw.com
adam@gregcolemanlaw.com
justin@gregcolemanlaw.com

Gary E. Mason
Danielle L. Perry
J. Hunter Bryson
WHITFIELD BRYSON & MASON, LLP
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Tel: 202-640-1168
Fax: 202-429-2294
gmason@wbmllp.com
dperry@wbmllp.com
hunter@wbmllp.com

Jonathan Shub
KOHN, SWIFT & GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Tel: (215) 238-1700
jshub@kohnswift.com

Jeffrey S. Goldenberg
GOLDENBERG SCHNEIDER L.P.A.
One West Fourth Street, 18th Floor
Cincinnati, OH 45202
Tel: (513) 345-8291
Fax: (513) 345-8294
jgoldenberg@gs-legal.com

Charles E. Schaffer
LEVIN, SEDRAN & BERMAN, LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Tel: (215) 592-1500
Fax: (215) 592-4663
cschaffer@lfsblaw.com

Philip Friedman
FRIEDMAN LAW OFFICES
2001 L Street NW, Suite 400
Washington, DC 20036
Tel: (202)-293-4175

/s/*Ryan T. Holt*_____
Ryan T. Holt